Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.
 

 Petitioner commenced this CPLR article 78 proceeding challenging a tier III disciplinary determination finding him guilty of violating a prison disciplinary rule. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner’s institutional record and the mandatory $5 surcharge has been refunded to petitioner’s inmate account. Accordingly, as petitioner has received all of the relief to which he is entitled, the petition must be dismissed as moot (see Matter of Slide v Russo, 151 AD3d 1518, 1518 [2017]; Matter of Whitlock v Kirkpatrick, 149 AD3d 1448, 1448 [2017]).
 

 Garry, J.P., Egan Jr., Devine, Clark and Rumsey, JJ., concur.
 

 Adjudged that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $15.